# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132859

ENGLISH GARDENS CONDOMINIUM, LLC,
      Plaintiff-Appellee,

v

                                   SC: 132859
                                   COA: 269213
                                   Livingston CC: 04-021040-AW

HOWELL TOWNSHIP, MERRY BERING,
and LAWRENCE HAMMOND,
      Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the November 28, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the trial court correctly granted the township's motion for summary disposition in its entirety, and whether the Court of Appeals erroneously treated an ordinance provision as governing the operation of the letter of credit. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2007

Clerk

d0529